IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BIOGEN INTERNATIONAL GMBH And BIOGEN MA INC., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) C.A. No. _____ ) |
| AMNEAL PHARMACEUTICALS LLC, | ) ) ) |
| Defendant. | ) |

**SUPPLEMENTAL INFORMATION FOR PATENT CASES
INVOLVING AN ABBREVIATED NEW DRUG APPLICATION (ANDA)**

Plaintiffs hereby provide the information below with respect to the deadlines set forth in 21 U.S.C. § 355(j):

| | |
|---|---|
| Date Patentee(s) Received Notice: | June 12, 2017 |
| Date of Expiration of '376 Patent: | October 29, 2019 |
| Date of Expiration of '999 Patent: | May 18, 2020 |
| Date of Expiration of '001 Patent: | April 1, 2018 |
| Date of Expiration of '840 Patent: | April 1, 2018 |
| Date of Expiration of '514 Patent: | February 7, 2028 |
| Hatch-Waxman Regulatory Exclusivity Deadline: | September 27, 2020 |

|  |  |
|---|---|
|  | ASHBY & GEDDES |
|  | */s/ Steven J. Balick* |
|  | Steven J. Balick (#2114)<br>Andrew C. Mayo (#5207)<br>500 Delaware Avenue, 8th Floor<br>P.O. Box 1150<br>Wilmington, DE 19899<br>(302) 654-1888<br>sbalick@ashby-geddes.com<br>amayo@ashby-geddes.com |
| *Of Counsel*:<br><br>James B. Monroe<br>Li Feng<br>Sanya Sukduang<br>Andrew E. Renison<br>Finnegan, Henderson, Farabow,<br>    Garrett & Dunner, L.L.P.<br>901 New York Ave., N.W.<br>Washington, D.C. 20001<br>(202) 408-4000<br><br>Dated:  June 26, 2017 | *Attorneys for Plaintiffs Biogen International GmbH and Biogen MA Inc.* |

{01222558;v1 }