# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BIOGEN INTERNATIONAL GMBH and BIOGEN MA INC.,<br><br>Plaintiffs,<br><br>v.<br><br>AMNEAL PHARMACEUTICALS LLC, et al.,<br><br>Defendants. | Civil Action No. 17-823-LPS<br>(Consolidated) |

## NOTICE OF WITHDRAWAL OF APPEARANCE

PLEASE WITHDRAW THE APPEARANCE of William A. Rakoczy, Rachel P. Waldron, Erin M. Forbes, Thomas H. Ehrich and Christopher P. Galligan of Rakoczy Molino Mazzochi Siwik LLP on behalf of defendant Sandoz Inc. Phillips, Goldman, McLaughlin & Hall, P.A. and Winston & Strawn LLP will continue to represent Sandoz Inc. in this matter.

Dated: November 15, 2018

PHILLIPS, GOLDMAN, MCLAUGHLIN & HALL, P.A.

*/s/ John C. Phillips, Jr.*
John C. Phillips, Jr. (#110)
David A. Bilson (#4986)
1200 North Broom Street
Wilmington, DE 19806
(302) 655-4200
jcp@pgmhlaw.com
dab@pgmhlaw.com

*Attorneys for Defendant Sandoz Inc.*