# ASHBY & GEDDES

ATTORNEYS AND COUNSELLORS AT LAW

500 DELAWARE AVENUE
P. O. BOX 1150
WILMINGTON, DELAWARE 19899

TELEPHONE
302-654-1888

FACSIMILE
302-654-2067

November 30, 2018

The Honorable Leonard P. Stark         VIA ELECTRONIC FILING
United States District Court
844 N. King Street
Wilmington, DE 19801

     Re:     *Biogen International GmbH, et al. v. Amneal Pharmaceuticals LLC et al.*,
                C.A No. 17-823-LPS (Consolidated)

Dear Chief Judge Stark:

     Pursuant to Paragraph 14 of the Court's February 2, 2018, Scheduling Order (D.I. 22) in the above-referenced action, Biogen and Pharmathen jointly respond to the following issues in connection with claim construction proceedings: "(i) whether [the parties] request leave to present testimony at the hearing; and (ii) the amount of time [the parties] are requesting be allocated to them for the hearing."

     As for the first issue, Biogen and Pharmathen do not request leave to present testimony at the hearing. As for the second issue, Biogen and Pharmathen request ninety minutes in total for the hearing, with forty-five minutes allocated to each side.

                                                          Respectfully submitted,

                                                           */s/ Andrew C. Mayo*

                                                           Andrew C. Mayo (#5207)

ACM/nlm

cc: All Counsel of Record

{01391077;v1 }