IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BIOGEN INTERNATIONAL GMBH and BIOGEN MA INC., | ) ) ) | |
| Plaintiffs, | ) ) | C.A. No. 17-823-LPS |
| v. | ) ) | (Consolidated) |
| AMNEAL PHARMACEUTICALS LLC, | ) ) ) | |
| Defendant. | ) | |

## STIPULATED ORDER

IT IS HEREBY STIPULATED AND AGREED, subject to the approval and order of the Court, that the below-referenced deadlines are extended to the dates indicated. All other current deadlines in this litigation shall remain unchanged.

| Event | Current Date | Proposed Extension |
|---|---|---|
| Daubert Opening Papers | October 11, 2019 | October 15, 2019 |
| Daubert Opposition Papers | October 29, 2019 | November 4, 2019 |
| Daubert Reply Papers | November 5, 2019 | November 11, 2019 |

| ASHBY & GEDDES | CONNOLLY GALLAGHER LLP |
|---|---|
| /s/ Andrew C. Mayo | /s/ Arthur G. Connolly, III |
| Steven J. Balick (#2114)<br>Andrew C. Mayo (#5207)<br>500 Delaware Avenue, 8th Floor<br>P.O. Box 1150<br>Wilmington, DE 19899<br>(302) 654-1888<br>sbalick@ashbygeddes.com<br>amayo@ashbygeddes.com | Arthur G. Connolly, III (#2667)<br>1201 Market Street<br>20th Floor<br>Wilmington, DE 19801<br>(302) 757-7300<br>aconnolly@connollygallagher.com |
| *Attorneys for Plaintiffs* | *Attorneys for Aurobindo Pharma U.S.A., Inc. and Aurobindo Pharma USA LLC* |
| BAYARD, P.A. | PHILLIPS, GOLDMAN, MCLAUGHLIN & HALL, P.A. |
| /s/ Stephen B. Brauerman | /s/ David A. Bilson |
| Stephen B. Brauerman (#4952)<br>600 N. King Street, Suite 400<br>Wilmington, DE 19801<br>(302) 655-5000<br>sbrauerman@bayardlaw.com | John C. Phillips, Jr. (#110)<br>David A. Bilson (#4986)<br>1200 North Broom Street<br>Wilmington, DE 19806-4204<br>(302) 655-4200<br>jcp@pgmhlaw.com<br>dab@pgmhlaw.com |
| *Attorneys for Hetero USA Inc., Hetero Labs Limited Unit-III, and Hetero Labs Limited* | *Attorneys for MSN Laboratories Private Ltd. and MSN Pharmaceuticals Inc.* |
| BAYARD, P.A. | PHILLIPS, GOLDMAN, MCLAUGHLIN & HALL |
| /s/ Stephen B. Brauerman | /s/ David A. Bilson |
| Stephen B. Brauerman (#4952)<br>600 N. King Street, Suite 400<br>Wilmington, DE 19801<br>(302) 655-5000<br>sbrauerman@bayardlaw.com | John C. Phillips, Jr. (#110)<br>David A. Bilson (#4986)<br>1200 North Broom Street<br>Wilmington, DE 19806-4204<br>(302) 655-4200<br>jcp@pgmhlaw.com<br>dab@pgmhlaw.com |
| *Attorneys for Shilpa Medicare Limited* | *Attorneys for Sandoz Inc. and Prinston Pharmaceutical Inc.* |

| | |
|---|---|
| HEYMAN ENERIO GATTUSO & HIRZEL LLP | PHILLIPS, GOLDMAN, MCLAUGHLIN & HALL |
| */s/ Dominick T. Gattuso* | */s/ David A. Bilson* |
| Dominick T. Gattuso (#3630)<br>300 Delaware Ave., Suite 200<br>Wilmington, DE 19801<br>(302) 472-7300<br>dgattuso@hegh.law<br><br>*Attorneys for Sawai USA, Inc.<br>and Sawai Pharmaceutical Co., Ltd.* | John C. Phillips, Jr. (#110)<br>David A. Bilson (#4986)<br>1200 North Broom Street<br>Wilmington, DE 19806-4204<br>(302) 655-4200<br>jcp@pgmhlaw.com<br>dab@pgmhlaw.com<br><br>*Attorneys for Zydus Pharmaceuticals (USA) Inc.* |

SO ORDERED, this _____ day of _____, 2019.

_____
Chief Judge