IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BIOGEN INTERNATIONAL GMBH and BIOGEN MA INC., <br><br> Plaintiffs, <br><br> v. <br><br> AMNEAL PHARMACEUTICALS LLC, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) C.A. No. 17-823-LPS <br> ) (Consolidated) <br> ) <br> ) <br> ) <br> ) |

## **STIPULATED ORDER**

IT IS HEREBY STIPULATED AND AGREED, subject to the approval and order of the Court, that the deadline for the submission of the joint pretrial order is hereby extended to November 19, 2019. All other current deadlines in this litigation shall remain unchanged.

{01497388;v1 }

| | |
|---|---|
| ASHBY & GEDDES | CONNOLLY GALLAGHER LLP |
| */s/ Andrew C. Mayo* | */s/ Arthur G. Connolly, III* |
| Steven J. Balick (#2114)<br>Andrew C. Mayo (#5207)<br>500 Delaware Avenue, 8th Floor<br>P.O. Box 1150<br>Wilmington, DE 19899<br>(302) 654-1888<br>sbalick@ashbygeddes.com<br>amayo@ashbygeddes.com | Arthur G. Connolly, III (#2667)<br>1201 Market Street<br>20th Floor<br>Wilmington, DE 19801<br>(302) 757-7300<br>aconnolly@connollygallagher.com<br><br>*Attorneys for Aurobindo Pharma U.S.A., Inc. and Aurobindo Pharma USA LLC* |
| *Attorneys for Plaintiffs* | |
| BAYARD, P.A. | PHILLIPS, GOLDMAN, MCLAUGHLIN & HALL, P.A. |
| */s/ Stephen B. Brauerman* | */s/ John C. Phillips, Jr.* |
| Stephen B. Brauerman (#4952)<br>600 N. King Street, Suite 400<br>Wilmington, DE 19801<br>(302) 655-5000<br>sbrauerman@bayardlaw.com<br><br>*Attorneys for Hetero USA Inc., Hetero Labs Limited Unit-III, and Hetero Labs Limited* | John C. Phillips, Jr. (#110)<br>David A. Bilson (#4986)<br>1200 North Broom Street<br>Wilmington, DE 19806-4204<br>(302) 655-4200<br>jcp@pgmhlaw.com<br>dab@pgmhlaw.com<br><br>*Attorneys for MSN Laboratories Private Ltd. and MSN Pharmaceuticals Inc.* |
| BAYARD, P.A. | PHILLIPS, GOLDMAN, MCLAUGHLIN & HALL |
| */s/ Stephen B. Brauerman* | */s/ John C. Phillips, Jr.* |
| Stephen B. Brauerman (#4952)<br>600 N. King Street, Suite 400<br>Wilmington, DE 19801<br>(302) 655-5000<br>sbrauerman@bayardlaw.com<br><br>*Attorneys for Shilpa Medicare Limited* | John C. Phillips, Jr. (#110)<br>David A. Bilson (#4986)<br>1200 North Broom Street<br>Wilmington, DE 19806-4204<br>(302) 655-4200<br>jcp@pgmhlaw.com<br>dab@pgmhlaw.com<br><br>*Attorneys for Sandoz Inc. and Prinston Pharmaceutical Inc.* |

| | |
|---|---|
| HEYMAN ENERIO GATTUSO & HIRZEL LLP | PHILLIPS, GOLDMAN, MCLAUGHLIN & HALL |
| /s/ Dominick T. Gattuso | /s/ John C. Phillips, Jr. |
| Dominick T. Gattuso (#3630)<br>300 Delaware Ave., Suite 200<br>Wilmington, DE 19801<br>(302) 472-7300<br>dgattuso@hegh.law | John C. Phillips, Jr. (#110)<br>David A. Bilson (#4986)<br>1200 North Broom Street<br>Wilmington, DE 19806-4204<br>(302) 655-4200<br>jcp@pgmhlaw.com<br>dab@pgmhlaw.com |
| *Attorneys for Sawai USA, Inc. and Sawai Pharmaceutical Co., Ltd.* | *Attorneys for Zydus Pharmaceuticals (USA) Inc.* |

SO ORDERED, this 24th day of October, 2019.

_____
Chief Judge

IT IS FURTHER ORDERED That the parties shall include in the proposed PTO a specific number of hours they are requesting for trial.

The parties are advised the Court is no longer available for trial on December 10-13, but is available on December 9, 16-20, and 23.