IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BIOGEN INTERNATIONAL GMBH and BIOGEN MA INC., </br></br>  Plaintiffs, </br></br> v. </br></br> PHARMATHEN S.A., </br></br>  Defendant. | ) </br> ) </br> ) </br> ) </br> ) </br> ) C.A. No. 17-823-LPS </br> ) </br> ) CONSOLIDATED </br> ) </br> ) |

## NOTICE OF WITHDRAWAL OF COUNSEL

PLEASE TAKE NOTICE that pursuant to D. Del. LR 83.7, the appearance of Shailendra Maheshwari, on behalf of Defendant Pharmathen S.A. is hereby withdrawn.[1] Pillsbury Winthrop Shaw Pittman, LLP and Young Conaway Stargatt & Taylor, LLP shall continue as counsel of record for Pharmathen S.A. in the above captioned matter.

Dated: October 28, 2019

YOUNG CONAWAY STARGATT
 & TAYLOR, LLP

*/s/ Pilar G. Kraman*

Adam W. Poff (No. 3990)
Pilar G. Kraman (No. 5199)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
apoff@ycst.com
pkraman@ycst.com

*Attorneys for Pharmathen S.A.*

---

[1] Admitted *Pro Hac Vice* August 6, 2018 (D.I. 144).

## CERTIFICATE OF SERVICE

I, Pilar G. Kraman, Esquire, hereby certify that on October 28, 2019, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to registered participants.

I further certify that on October 28, 2019, I caused the foregoing document to be served by e-mail upon the following counsel:

| | |
|---|---|
| Steven J. Balick | James B. Monroe |
| Andrew C. Mayo | Sanya Sukduang |
| ASHBY & GEDDES | Li Feng |
| 500 Delaware Avenue, 8th Floor | Andrew E. Renison |
| Wilmington, Delaware 19899 | Jeanette M. Roorda |
| (302) 482-3182 | Paul W. Browning |
| sbalick@ashbygeddes.com | Eric J. Fues |
| amayo@ashbygeddes.com | FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP |
| | 901 New York, Avenue, NW |
| | Washington, DC 20001 |
| | (202) 408-4382 |
| | James.Monroe@finnegan.com |
| | Sanya.Sukduang@finnegan.com |
| | Li.Feng@finnegan.com |
| | Andrew/Renison@finnegan.com |
| | Jeanette.Roorda@finnegan.com |
| | Paul.Browning@finnegan.com |
| | Eric.Fues@finnegan.com |

*Attorneys for Plaintiff*

YOUNG CONAWAY STARGATT & TAYLOR, LLP

 */s/ Pilar G. Kraman*
Pilar G. Kraman (No. 5199)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
(302) 571-6600
Dated: October 28, 2019        pkraman@ycst.com

*Attorneys for Pharmathen S.A.*

22265405.1