

300 Delaware Avenue • Suite 200 • Wilmington, Delaware 19801
Tel: (302) 472.7300 • Fax: (302) 472.7320 • WWW.HEGH.LAW

DDI:  (302) 472-7311
Email:  dgattuso@hegh.law

November 4, 2019

**VIA EM-ECF & HAND DELIVERY**

The Honorable Leonard P. Stark
J. Caleb Boggs Federal Building
844 N. King Street
Unit 26, Room 6124
Wilmington, Delaware 19801-3555

   Re: *Biogen International GmbH, et al. v. Amneal Pharmaceuticals LLC, et al.*,
     C.A. No. 1:17-cv-823 (LPS) (Consolidated)

Dear Chief Judge Stark:

   Pursuant to Paragraph 11 of the Scheduling Order and the Stipulation and Order entered by the Court on October 7, 2019 (D.I. 22, 313), Defendants in the above-referenced action hereby submit a DVD containing their tutorial on the technology at issue in this action.[1]

   If the Court experiences any difficulty in viewing the presentation on the DVD, please let me know.

       Respectfully submitted,

       */s/ Dominick T. Gattuso*

       Dominick T. Gattuso (# 3630)

Enclosure

cc:  Counsel of Record (via EM-ECF)

---

[1] Defendants Prinston, MSN and Sandoz are not joining in the submission of the other Defendants' technology tutorial.