# ASHBY & GEDDES

ATTORNEYS AND COUNSELLORS AT LAW

500 DELAWARE AVENUE

P. O. BOX 1150

WILMINGTON, DELAWARE 19899

TELEPHONE
302-654-1888

FACSIMILE
302-654-2067

November 4, 2019

The Honorable Leonard P. Stark
United States District Court
844 N. King Street
Wilmington, DE 19801

VIA ELECTRONIC FILING
and HAND DELIVERY

Re:   *Biogen International GmbH, et al. v. Amneal Pharmaceuticals LLC*,
      C.A No. 17-823-LPS (Consolidated)

Dear Chief Judge Stark:

Pursuant to paragraph 11 of the Scheduling Order in this action, and the subsequent stipulated extensions of the submission deadline (D.I.s 22, 191, and 313), I enclose two copies of Plaintiffs' technology tutorial. If the Court experiences any difficulties in viewing this presentation, we will be happy to assist.

Respectfully,

*/s/ Steven J. Balick*

Steven J. Balick (#2114)

SJB/nlm
Attachment

cc: All Counsel of Record (via electronic mail; w/attachment)

{01503695;v1 }