

300 Delaware Avenue • Suite 200 • Wilmington, Delaware 19801
Tel: (302) 472.7300 • Fax: (302) 472.7320 • www.hegh.law

DD:   (302) 472-7311
Email:   dgattuso@hegh.law

November 5, 2019

**VIA EM-ECF & HAND DELIVERY**

The Honorable Leonard P. Stark
J. Caleb Boggs Federal Building
844 N. King Street
Unit 26, Room 6124
Wilmington, DE 19801-3555

      Re:   *Biogen International GmbH, et al. v. Amneal Pharmaceuticals LLC, et al.*,
            C.A. No. 1:17-cv-823 (LPS) (Consolidated)

Dear Chief Judge Stark:

    Please find enclosed an updated DVD containing Defendants' tutorial on the technology at issue in this action, pursuant to Paragraph 11 of the Scheduling Order and the Stipulation and Order entered by the Court on October 7, 2019 (D.I. 22, 313).[1] The enclosed DVD is of a higher resolution than the version Defendants provided to the Court on November 4, but is otherwise substantively identical to the November 4 version.

    If the Court experiences any difficulty in viewing the presentation on the DVD, please let me know.

                                              Respectfully submitted,

                                              */s/ Dominick T. Gattuso*

                                              Dominick T. Gattuso (# 3630)

Enclosure

cc:   Counsel of Record (via EM-ECF)

---

[1] Defendants Prinston, MSN and Sandoz are not joining in the submission of the other Defendants' technology tutorial.