# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BIOGEN INTERNATIONAL GMBH and BIOGEN MA INC., <br><br> Plaintiffs, <br><br> v. <br><br> AMNEAL PHARMACEUTICALS LLC, <br><br> Defendant. | ) ) ) ) ) ) Civil Action No. 17- 0823-LPS ) (Consolidated) ) ) ) ) ) |

## NOTICE OF APPEARANCE

PLEASE ENTER THE APPEARANCE of Stephanie Smiertka Riley of Connolly Gallagher LLP, 1201 North Market Street, 20th Floor, Wilmington, DE 19801, to represent Defendants Aurobindo Pharma Ltd. and Aurobindo Pharma USA, Inc. in the above-captioned action.

*Of Counsel:*

Steven J. Moore, Esq. (*Pro Hac Vice*)
James Nealon, Esq. (*Pro Hac Vice*)
Withers Bergman LLP
1700 East Putnam Avenue
Greenwich, Connecticut 06830
Phone: (203) 302-4100
Fax: (203) 302-6611
Steven.moore@withersworldwide.com
James.nealon@withersworldwide.com

Dated: November 5, 2019

Respectfully submitted,

CONNOLLY GALLAGHER LLP

*/s/ Stephanie S. Riley*
_____
Arthur G. Connolly, III (#2667)
Ryan P. Newell (#4744)
Stephanie Smiertka Riley (#5803)
1201 North Market Street, 20th Floor
Wilmington, DE 19801
(302) 757-7300
aconnolly@connollygallagher.com
rnewell@connollygallagher.com
sriley@connollygallagher.com

*Attorneys for Defendants Aurobindo Pharma Ltd. and Aurobindo Pharma USA, Inc.*