IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BIOGEN INTERNATIONAL GMBH and BIOGEN MA INC., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) C.A. No. 17-823 (MN) |
| | ) Consolidated |
| AMNEAL PHARMACEUTICALS INC., et al., | ) ) ) |
| Defendants. | ) |

**ORDER AFTER PRETRIAL CONFERENCE**

AND NOW, this 26th day of November 2019, after a Pretrial Conference, and upon consideration of the Proposed Pretrial Order (D.I. 335) and the discussion at the November 25, 2019 Pretrial Conference, IT IS HEREBY ORDERED that:

1. The Proposed Pretrial Order is **ADOPTED** as modified by any discussion at the Pretrial Conference. (*See* D.I. 342).

2. A bench trial will begin on Friday, December 6, 2019 at 9:00 a.m. with opening statements and the testimony of Dr. Yong. Subsequent trial days (on December 9, 2019 and December 11-13, 2019) will begin at 8:30 a.m. and generally will end at 6:00 p.m., although the end of the trial day may, at the discretion of the Court, be earlier or later than 6:00 p.m. There will be no trial on Tuesday, December 10, 2019.

3. The trial will be timed. Each side is allowed up to fifteen (15) hours for its opening statement, its direct and cross-examination of witnesses, and its closing argument and argument of evidentiary issues. Time during the trial day that does not neatly fit into one of those categories will be attributed to one side or the other as the Court thinks most appropriate.

4. Issues that need to be addressed will be taken up at 8:30 a.m. and at the end of the day. There will be thirty minutes for lunch and a fifteen-minute break in both the morning and the afternoon.

5. Plaintiffs' Motions in Limine Nos. 1 through 3 are **DENIED** as stated at the Pretrial Conference. (*See* D.I. 342).

6. Any trial logistics should be coordinated through the Courtroom Deputy.

                                                                  _____
                                                                  The Honorable Maryellen Noreika
                                                                  United States District Judge