# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BIOGEN INTERNATIONAL GMBH and BIOGEN MA INC., <br><br> Plaintiffs, <br><br> v. <br><br> AMNEAL PHARMACEUTICALS LLC, et al., <br><br> Defendants. | Civil Action No. 17-823-MN (Consolidated) |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to D. Del. L.R. 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Maureen Rurka to represent Defendant Prinston Pharmaceutical Inc. in this matter.

Dated: December 5, 2019

PHILLIPS, GOLDMAN, MCLAUGHLIN & HALL, P.A.

*/s/ David A. Bilson*
John C. Phillips, Jr. (#110)
David A. Bilson (#4986)
1200 North Broom Street
Wilmington, DE 19806
(302) 655-4200
jcp@pgmhlaw.com
dab@pgmhlaw.com

*Attorneys for Defendant Prinston Pharmaceutical Inc.*

## **ORDER GRANTING MOTION**

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.

Dated: _____          _____
                                The Honorable Maryellen Noreika
                                United States District Court

Case 1:17-cv-00823-MN   Document 344   Filed 12/05/19   Page 3 of 3 PageID #: 3475

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Illinois and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 9/1/16, I further certify that the annual fee of $25.00 has been paid __X__ to the Clerk of the Court, or, if not paid previously, the fee payment will be submitted ____ to the Clerk's Office upon the filing of this motion.

WINSTON & STRAWN LLP

*/s/ Maureen L. Rurka*

Maureen L. Rurka
35 W. Wacker Drive
Chicago, IL 60601-9703
Tel. 312-558-7936
Fax. 312-558-5700
mrurka@winston.com

Date: 12/5/19