IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BIOGEN INTERNATIONAL GMBH and BIOGEN MA INC., ) ) ) Plaintiffs, ) ) v. ) ) AMNEAL PHARMACEUTICALS LLC, ) ) Defendant. ) | C.A. No. 17-823-MN (Consolidated) |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Megan L. Meyers to represent Plaintiffs Biogen International GmbH and Biogen MA Inc. in this action. Pursuant to this Court's Standing Order effective September 1, 2016, the fee for the above-named attorney was submitted to the Clerk of the Court previously during this calendar year.

ASHBY & GEDDES

*/s/ Andrew C. Mayo*

_____
Steven J. Balick (#2114)
Andrew C. Mayo (#5207)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, Delaware 19899
(302) 654-1888
sbalick@ashbygeddes.com
amayo@ashbygeddes.com

*Attorneys for Plaintiffs Biogen International GmbH and Biogen MA Inc.*

Dated:  December 9, 2019

{01515771;v1 }

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BIOGEN INTERNATIONAL GMBH and BIOGEN MA INC., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) C.A. No. 17-823-MN ) (Consolidated) ) |
| AMNEAL PHARMACEUTICALS LLC, | ) ) |
| Defendant. | ) |

## **ORDER**

This _____ day of _____, 2019, the Court having considered the motion for the admission *pro hac vice* of Megan L. Meyers to represent Plaintiffs Biogen International GmbH and Biogen MA Inc. in this action; now therefore,

IT IS HEREBY ORDERED that counsel's motion is granted, and that the foregoing attorney is admitted *pro hac vice*.

_____
United States District Judge

{01515771;v1 }

## **CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE***

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, that I am admitted, practicing, and in good standing as a member of the Georgi Bar, and, pursuant to Local Rule 83.6, that I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with this Court's Standing Order effective September 1, 2016, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court.

Date: December 9, 2019

s/Megan L. Meyers
Megan L. Meyers
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, LLP
271 17th St. NW Suite 1400
Atlanta, GA 30363
(404) 653-6565
Megan.meyers@finnegan.com

{01515771;v1 }