# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| BIOGEN INTERNATIONAL GMBH and BIOGEN MA INC., <br><br> Plaintiff, <br><br> v. <br><br> AMNEAL PHARMACEUTICALS INC., et al., <br><br> Defendants. | Civil Action No. 17-823-MN (consolidated) |

## JOINT TRIAL EXHIBIT LIST

| PRESIDING JUDGE  Judge Maryellen Noreika | PLAINTIFF'S COUNSEL  James B. Monroe, Esq. | COURT REPORTER  Dale Hawkins |
|---|---|---|
| DATES OF TRIAL  December 6, 2019 to December 13, 2019 | DEFENDANT'S COUNSEL  J.R. McNair, Esq.  Todd Werner, Esq.  Timothy Peterson, Esq. | COURTROOM DEPUTY  Mark Buckson |

| JTX No. | PTX No. | DTX No. | Date Offered | Marked | Admitted | Description of Exhibits | Witness |
|---|---|---|---|---|---|---|---|
|  | PTX004 |  | 12/11/2019 | Y | Y | BG00012 Phase IIb MS | Dr. O'Neil |
|  | PTX032 |  | 12/9/2019 | Y | Y | BG00012 - EOP2 Meeting Minutes | Dr. Dawson |
|  | PTX042 |  | 12/11/2019 | Y | Y | Email from Anne Saia Re: Reminder - Ad Hoc CTRB Meeting - BG12 MS, Thursday, February 19, 2004 | Dr. O'Neil |
|  | PTX046 |  | 12/11/2019 | Y | Y | Clinical Trial Review Board Meeting Agenda Item Meeting Minutes | Dr. O'Neil |
|  | PTX047 |  | 12/12/2019 | Y | Y | CDT Meeting Discussion Minutes - December 18th 2003 | Dr. Bozic |
|  | PTX055 |  | 12/9/2019 | Y | Y | A Randomized, Multicenter, Double-Blind, Placebo-Controlled, Dose-Comparison Study - Version 1 | Dr. Dawson |
|  | PTX057 |  | 12/9/2019 | Y | Y | A Randomized, Multicenter, Placebo-Controlled and Active Reference (Glatiramer Acetate) Comparison Study - Version 1 | Dr. Dawson |
|  | PTX062 |  | 12/12/2019 | Y | Y | Tecfidera Press Release | Jarosz |
|  | PTX063 |  | 12/12/2019 | Y | Y | Article: "The Greatest Thing Since Sliced Bread Has Arrived for MS Patients" | Jarosz |

| JTX No. | PTX No. | DTX No. | Date Offered | Marked | Admitted | Description of Exhibits | Witness |
|---|---|---|---|---|---|---|---|
| | PTX064 | | 12/12/2019 | Y | Y | Biogen Newspaper Article | Jarosz |
| | PTX089 | | 12/12/2019 | Y | Y | Integrated Product Plan: Intended Usage | Jarosz |
| | PTX098 | | 12/12/2019 | Y | Y | Q3 2018: US MS Neuro Northstar Full Report | Jarsz |
| | PTX099 A | | 12/9/2019 | Y | Y | Curriculum vitae Katherine T. Dawson | Dr. Dawson |
| | PTX100 | | 12/9/2019 | Y | Y | Declaration of Katherine T. Dawson, M.D. | Dr. Dawson |
| | PTX102 | | 12/11/2019 | Y | Y | Email from Cara Lansden Re: BG-12 MS CDT meeting minutes | Dr. O'Neil |
| | PTX103 | | 12/9/2019 | Y | Y | Minutes from BG-12 MS CDT meeting on 05 July 2006 | Dr. Dawson |
| | PTX110 | | 12/9/2019 | Y | Y | BG-12 Program Team Meeting Minutes | Dr. Dawson |
| | PTX112 | | 12/9/2019 | Y | Y | BG-12 Program Team Meeting Minutes | Dr. Dawson |
| | PTX113 | | 12/9/2019 | Y | Y | Email from Gina Smith Re: BG-12 ESTIMATE regarding cost/timeline of 480mg | Dr. Dawson |
| | PTX114 | | 12/9/2019 | Y | Y | BG-12: EOP2 Meeting Discussion "Q&A Approach" | Dr. Dawson |
| | PTX150 | | 12/11/2019 | Y | Y | Email from Gilmore O'Neill Re: BG00012 Slides for Psoriasis | Dr. O'Neil |
| | PTX161 | | 12/11/2019 | Y | Y | Email from Cara Lansden Re: Resourcing for BG-12 Contingencies | Dr. O'Neil |
| | PTX162 | | 12/9/2019 | Y | Y | Minutes from BG-12 MS CDT Meeting on June 14 2006 | Dr. Dawson |
| | PTX167 | | 12/11/2019 | Y | Y | Email from Gilmore O'Neill Re: BG00012 | Dr. O'Neil |
| | PTX174 | | 12/11/2019 | Y | Y | Document entitled "Highlights of Prescribing Information" | Dr. Wynn |
| | PTX176 | | 12/11/2019 | Y | Y | Document entitled, "Highlights of Prescribing Information for DMF Delayed-Release Capsules for Oral Use" | Dr. Wynn |
| | PTX177 | | 12/11/2019 | Y | Y | Document entitled, "Highlights of Prescribing Information for DMF Delayed-Release Capsules for Oral Use" | Dr. Wynn |
| | PTX178 | | 12/11/2019 | Y | Y | Document entitled, "Highlights of Prescribing Information for DMF Delayed-Release Capsules for Oral Use" | Dr. Wynn |
| | PTX182 | | 12/11/2019 | Y | Y | Highlights for Prescribing Information (Tecfidera) | Dr. Wynn |
| | PTX183 | | 12/11/2019 | Y | Y | Highlights of Prescribing Information Re Dimethyl Fumarate Delayed-Release Capsules (revised 3/2017) | Dr. Wynn |
| | PTX184 | | 12/11/2019 | Y | Y | Highlights of Prescribing Information Re Dimethyl Fumarate Delayed-Release Capsules (revised 7/2017) | Dr. Wynn |
| | PTX190 | | 12/11/2019 | Y | Y | Highlights of Prescribing Information Dimethyl Fumarate Delayed-Release Capsules | Dr. Wynn |

| JTX No. | PTX No. | DTX No. | Date Offered | Marked | Admitted | Description of Exhibits | Witness |
|---|---|---|---|---|---|---|---|
| | PTX206 | | 12/11/2019 | Y | Y | Document entitled "Highlights of Prescribing Information" | Dr. Wynn |
| | PTX207 | | 12/11/2019 | Y | Y | Document entitled "Highlights of Prescribing Information" | Dr. Wynn |
| | PTX211 | | 12/12/2019 | Y | Y | Complaint, Pharmathen S.A. vs. Lachman Consultant Services, Inc. | Jarosz |
| | PTX213 | | 12/9/2019 | Y | Y | Dr. Lindsey's Multiple Sclerosis Website | Dr. Lindsey |
| | PTX214 | | 12/9/2019 | Y | Y | Dr. Lindsey's Multiple Sclerosis Website, ECTRIMS Sept. 2009 | Dr. Lindsey |
| | PTX215 | | 12/9/2019 | Y | Y | Dr. Lindsey's Multiple Sclerosis Website, ECTRIMS Sept. 2011 | Dr. Lindsey |
| | PTX216 | | 12/9/2019 | Y | Y | Dr. Lindsey's Multiple Sclerosis Website, AAN April 2012 | Dr. Lindsey |
| | PTX379 | | 12/9/2019 | Y | Y | Opposition against European patent EP 2 801 355 by Biogen MA Inc., at D4, filed Feb. 19. 2016 | Dr. Dawson |
| | PTX384 | | 12/11/2019 | Y | Y | BiogenF10010560 – BiogenF10010568 | Dr. O'Neil |
| | PTX386 | | 12/11/2019 | Y | Y | BiogenF10113121 – BiogenF10113121 | Dr. O'Neil |
| | PTX391 | | 12/11/2019 | Y | Y | BiogenF10153077 – BiogenF10153079 | Dr. O'Neil |
| | PTX392 | | 12/11/2019 | Y | Y | BiogenF10153084 – BiogenF10153086 | Dr. O'Neil |
| | PTX403 | | 12/11/2019 | Y | Y | Exhibit 2125 in IPR2018-01403, Duddy, M. Getting to Grips 2011, Newcastle upon Tyne, UK, November 2011 | Dr. Duddy |
| | PTX417 | | 12/11/2019 | Y | Y | U.S. Patent Application No. 13/372,426, October 12, 2012 Final Office Action | Dr. Wynn |
| | PTX418 | | 12/11/2019 | Y | Y | U.S. Patent Application No. 13/372,426, December 12, 2012 Reply to Final Office Action | Dr. Wynn |
| | PTX419 | | 12/11/2019 | Y | Y | U.S. Patent Application No. 13/372,426, December 26, 2012 Notice of Allowance | Dr. Wynn |
| | PTX429 | | 12/11/2019 | Y | Y | MS Decisions aid, Multiple Sclerosis (MS) Trust, https://www.mstrust.org.uk/about-ms/ms-treatments/ms-decisions-aid | Dr. Duddy |
| | PTX457 | | 12/12/2019 | Y | Y | https://www.tecfidera.com/en_us/home/about/benefits.html | Jarosz |
| | PTX459 | | 12/12/2019 | Y | Y | https://www.tecfidera.com/en_us/home/getting-started/managing-side-effects.html | Jarosz |
| | PTX460 | | 12/12/2019 | Y | Y | https://www.tecfiderahcp.com/en_us/home/getting-started/starting-tecfidera.html | Jarosz |
| | PTX461 | | 12/12/2019 | Y | Y | https://www.tecfiderahcp.com/en_us/home/tolerability-and-safety/safety.html | Jarosz |
| | PTX494 | | 12/12/2019 | Y | Y | Biogen Inc. Form 10-K for the fiscal year ended December 31, 2018 ("Biogen 2018 10-K") | Jarosz |

| JTX No. | PTX No. | DTX No. | Date Offered | Marked | Admitted | Description of Exhibits | Witness |
|---|---|---|---|---|---|---|---|
| | PTX518 | | 12/12/2019 | Y | Y | Grabowski, H., G. Long, R. Mortimer, and A. Boyo, "Updated Trends in US Brand-Name and Generic Drug Competition," Journal of Medical Economics Vol. 19, No. 9 (2016): 836-844 | Jarosz |
| | PTX547 | | 12/12/2019 | Y | Y | https://search.proquest.com/docview/15354119907accountid=41158 | Jarosz |
| | PTX651 | | 12/12/2019 | Y | Y | IPR2015-01993 Ex. 2068 | Jarosz |
| | PTX677 | | 12/11/2019 | Y | Y | Email "C1900 ENS abstracts" January 31, 2006 | Dr. O'Neil |
| | PTX732 | | 12/12/2019 | Y | Y | Tabs 1-24 to The Jarosz Expert Report | Jarosz |
| | PTX743 | | 12/9/2019 | Y | Y | Biogen Interference Exhibit 2132; meeting minutes from July 14, 2006 | Dr. Dawson |
| | PTX748 | | 12/9/2019 | Y | Y | Biogen Interference Exhibit 2130; BG-12 Phase 3 Data DEFINE First Look (slides) | Dr. Dawson |
| | PTX749 | | 12/9/2019 | Y | Y | Biogen Interference Exhibit 2376; FDA Statistical Review of Phase III studies | Dr. Dawson |
| | | DTX001 | 12/6/2019 | Y | Y | U.S. Patent No. 8,399,514 | Dr. Yong |
| | | DTX002 | 12/6/2019 | Y | Y | U.S. Provisional Application No. 60/888,921 | Dr. Yong |
| | | DTX003 | 12/6/2019 | Y | Y | International Patent Publication No. WO 2008/097596 (International Application No. PCT/US2008/001602) | Dr. Yong |
| | | DTX004 | 12/9/2019 | Y | Y | U.S. Application No. 12/526,296 - Preliminary Amendment Under 37 C.F.R. § 1.115 | Dr. Lukashey |
| | | DTX012 | 12/9/2019 | Y | Y | Prosecution History of U.S. Patent No. 8,399,514 | Dr. Stobbe |
| | | DTX017 | 12/11/2019 | Y | Y | U.S. Patent Application No. 13/372,426 - Declaration of Richard A. Rudick, M.D. Under 37 C.F.R. § 1.132 | Dr. Duddy |
| | | DTX024 | 12/11/2019 | Y | Y | Email to Rebecca Conaghan etc. from Gilmore N. Oneill re BG00012 | Dr. O'Neil |
| | | DTX034 | 12/9/2019 | Y | Y | Program/Clinical Development Team Minutes | Lansden |
| | | DTX037 | 12/9/2019 | Y | Y | Email chain re: Gilmore O'Neill's performance in 2004 | Lansden |
| | | DTX038 | 12/9/2019 | Y | Y | Email chain re: Commercial strategy question | Lansden |
| | | DTX039 | 12/9/2019 | Y | Y | Email chain re: BG-12 MS CRB Draft | Lansden |
| | | DTX047 | 12/12/2019 | Y | Y | Email re: BG-12 MS CDT meeting minutes (Interference No. 106,023 - Biogen Exhibit 2316) | Dr. Bozic |
| | | DTX063 | 12/9/2019 | Y | Y | Email re: BG12 MS EOP2 meeting package Review Notice - COMMENTS DUE ON JULY 7 | Dr. Dawson |
| | | DTX071 | 12/9/2019 | Y | Y | BG-12 Program Team Meeting Minutes | Dr. Lindsey |

| JTX No. | PTX No. | DTX No. | Date Offered | Marked | Admitted | Description of Exhibits | Witness |
|---|---|---|---|---|---|---|---|
| | | DTX080 | 12/9/2019 | Y | Y | Letter to Carol Holquist (FDA) from Nadine D. Cohen at Regulatory Affairs re: BG00012 (dimethyl fumarate): Multiple Sclerosis -- IND 73,061 Correspondence re: REQUEST FOR PROPRIETARY NAME REVIEW: Primary Name: SYNAPLINTM (dimethyl fumarate) Alternate Name: SANCTELfNTM (dimethyl fumarate) | Dr. Lindsey |
| | | DTX094 | 12/12/2019 | Y | Y | Email re: BG'12 phase 2 | Dr. Bozic |
| | | DTX099 | 12/11/2019 | Y | Y | Email Chain re: BG12 in MS Phase IIb | Dr. O'Neil |
| | | DTX100 | 12/12/2019 | Y | Y | Email Chain re: CTRB (ad hoc) Meeting Minutes for BG 12 MS - February 19, 2004 | Dr. Bozic |
| | | DTX101 | 12/9/2019 | Y | Y | Email chain: Draft commercial slides for BG-12 MC Meeting | Sibbold |
| | | DTX102 | 12/9/2019 | Y | Y | Email chain re: 73061 with attachment: BG00012 End-Of-Phase 2 Meeting Information Package Submitted on July 28, 2006 | Dr. Lindsey |
| | | DTX166 | 12/9/2019 | Y | Y | U.S. Patent Application 2014/0163100 A1 | Dr. Dawson |
| | | DTX167 | 12/9/2019 | Y | Y | LinkedIn Profile of Matvey Lukashev | Dr. Lukashey |
| | | DTX168 | 12/9/2019 | Y | Y | BG-12 Program Team Meeting Minutes | Dr. Lukashey |
| | | DTX175 | 12/9/2019 | Y | Y | Supplemental Amendment and Reply Under 37 C.F.R. § 1.111 | Dr. Lukashey |
| | | DTX182 | 12/9/2019 | Y | Y | U.S. Patent No. 7,619,001 | Dr. Stobbe |
| | | DTX247 | 12/11/2019 | Y | Y | O'Neill, G.M. Powerpoint: BG00012 in RRMS: Update From Phase 2 Study, National Faculty Meeting, Bonita Springs Jan. 27-29, 2006 | Dr. O'Neil |
| | | DTX296 | 12/9/2019 | Y | Y | Email re: BG-12CTRB Prep Doc | Sibbold |
| | | DTX297 | 12/9/2019 | Y | Y | Email chain re: a few notes / requests… | Sibbold |
| | | DTX302 | 12/9/2019 | Y | Y | Email chain re: DISSCUSSION / Bid Dosing in BG12 MS | Sibbold |
| | | DTX303 | 12/9/2019 | Y | Y | Powerpoint: BG-12 MS Go/No Go Discussion | Sibbold |
| | | DTX319 | 12/9/2019 | Y | Y | Press Release, "Phase II Study Of Oral Compound BG-12 Meets Primary Endpoint In Multiple Sclerosis," BIOWIRE2k (2006) (Mylan IPR - Exhibit 1005) | Dr. Stobbe |
| | | DTX320 | 12/9/2019 | Y | Y | Biogen Idec, Effacacy [sic] and Safety of BG00012 in MS: Double-Blind, Placebo- Controlled, Dose-Ranging Study to Determine the Effacacy and Safety of BG00012 in Subjects with Relapsing-Remitting Multiple Sclerosis, ClinicalTrials.gov, https://clinicaltrials.gov/archive/NCT0016870 1/2005_09_14 (last updated on Sept. 14, 2005) ("Clinical Trial NCT00168701") | Dr. Stobbe |

| JTX No. | PTX No. | DTX No. | Date Offered | Marked | Admitted | Description of Exhibits | Witness |
|---|---|---|---|---|---|---|---|
| | | DTX321 | 12/9/2019 | Y | Y | Prosecution History of U.S. Patent No. 7,320,999 (U.S. Application No. 10/197,077) | Dr. Stobbe |
| | | DTX322 | 12/11/2019 | Y | Y | Fumaderm Label - Summary of Product Characteristics Fumaderm Initial | Dr. Duddy |
| | | DTX323 | 12/9/2019 | Y | Y | ICH Harmonised Tripartite Guideline Dose-Response Information to Support Drug Registration E4 | Dr. Stobbe |
| | | DTX324 | 12/9/2019 | Y | Y | PCT International Application WO 2006/037342 A2 (Nilsson) | Dr. Lindsey |
| | | DTX325 | 12/9/2019 | Y | Y | PCT International Application WO 2007/042034 A1 (Nilsson) | Dr. Stobbe |
| | | DTX327 | 12/9/2019 | Y | Y | Kappos, et al., Efficacy of a novel oral single-agent fumarate, BG00012, in patients with relapsing-remitting multiple sclerosis: Results of a phase 2 study (Abstract O108), J. Neurology, 253(Suppl. 2):II/27 (2006) (Mylan IPR - Exhibit 1007) | Dr. Stobbe |
| | | DTX328 | 12/9/2019 | Y | Y | Kappos, et al., "A Randomised, Placebo-Controlled Phase 2 Trial Of A Novel Oral Fumarate, BG00012, In Patients With Relapsing-Remitting Multiple Sclerosis," (2016) PTAB Declaration of Gilmore O'Neill (Mylan IPR - Exhibit 1034) | D. Stobbe |
| | | DTX329 | 12/9/2019 | Y | Y | Kappos et al., Poster "Efficacy of a Noval Oral Single Agent Fumarate, BG00012, In Patients with Relapsing-Remitting Multiple Sclerosis: Results of a Phase II Study" (2006) | Dr. Stobbe |
| | | DTX332 | 12/9/2019 | Y | Y | Nieboer et al., "Fumaric Acid Therapy in Psoriasis: A Double-Blind Comparison Between Fumaric Acid Compound Therapy and Monotherapy with Dimethylfumaric Acid Ester," Dermatologica 181:33-37 (1990) | Dr. Stobbe |
| | | DTX334 | 12/9/2019 | Y | Y | Richter et al., "The Impact of Reducing Dose Frequency on Health Outcomes" Clinical Therapeutics, Vol. 25, No. 8:2307-35 (2003) | Dr. Stobbe |
| | | DTX338 | 12/9/2019 | Y | Y | U.S. Patent Application Publication Pub. No.: US 2003/0018072 A1 (Joshi) | Dr. Stobbe |
| | | DTX339 | 12/9/2019 | Y | Y | U.S. Patent Application Publication Pub No.: US 2009/0304790 A1 (Nilsson) | Dr. Stobbe |
| | | DTX340 | 12/9/2019 | Y | Y | U.S. Patent No. US 6,509,376 B1 (Joshi) | Dr. Stobbe |
| | | DTX341 | 12/9/2019 | Y | Y | U.S. Patent No. 7,320,999 B2 (Joshi) | Dr. Stobbe |
| | | DTX345 | 12/9/2019 | Y | Y-Objection OR | PTAB Final Written Decision 35 U.S.C. 318(a) and 37 C.F.R. 42.73 (Coalition IPR -Paper 63) | Dr. Stobbe |

| JTX No. | PTX No. | DTX No. | Date Offered | Marked | Admitted | Description of Exhibits | Witness |
|---|---|---|---|---|---|---|---|
| | | DTX346 | 12/9/2019 | Y | Y- Objection OR | PTAB Decision Institution of Inter Partes Review 35 U.S.C. 314 (Mylan IPR - Paper 12) | Dr. Stobbe |
| | | DTX367 | 12/12/2019 | Y | Y | Biogen Idec to Acquire Fumapharm AG; Consolidates Ownderhsip of Oral Compound BG-12 Being Studied for Multiple Sclerosis - BIOWIRE2K | Hofmann |
| | | DTX369 | 12/12/2019 | Y | Y | Form 10-K, Biogen Idec Inc. | Hofmann |
| | | DTX377 | 12/9/2019 | Y | Y | Brief of Appellee Biogen MA Inc. (Appeal No. 2017-2109, Fed. Cir.) | Dr. Lindsey |
| | | DTX406 | 12/9/2019 | Y | Y | Biogen Idec Announces Positive Top-Line Results from the First Phase 3 Trial Investigating Oral BG-12 In Multiple Sclerosis | Dr. Lindsey |
| | | DTX441 | 12/9/2019 | Y | Y | Press Release, "Oral Compound BG-12 Achieves Primary Endpoint In Phase II Study Of Relapsing-Remitting Multiple Sclerosis; Treatment With BG-12 Led To Statistically Significant Reductions In MRI Measures," BIOWIRE2K (2006) | Dr. Stobbe |
| | | DTX446 | 12/9/2019 | Y | Y | Fox, et al., "Placebo-Controlled Phase 3 Study Of Oral BG-12 Or Glatiramer In Multiple Sclerosis," New Engl J. Med. 367:1087-97 (2012) | Dr. Stobbe |
| | | DTX447 | 12/9/2019 | Y | Y | Gold et al., "Placebo-Controlled Phase 3 Study of Oral BG-12 For Relapsing Multiple Sclerosis," N Engl J Med 367:1098-107 (2012) | Dr. Stobbe |
| | | DTX451 | 12/11/2019 | Y | Y | Kappos, et al., "Efficacy And Safety Of Oral Fumarate In Patients With Relapsing-Remitting Multiple Sclerosis: A Multicentre, Randomised, Double-Blind, Placebo-Controlled Phase IIB Study," Lancet 1463-72 (2008) | Dr. O'Neil |
| | | DTX457 | 12/9/2019 | Y | Y | Prosecution History of U.S. Patent Application No. 12/526,296 - Amendment To Specification. | Dr. Lindsey |
| | | DTX463 | 12/9/2019 | Y | Y | FDA correspondence re. EOP2 meeting w. Meeting Minutes | Dr. Lindsey |
| | | DTX464 | 12/9/2019 | Y | Y | Curriculum Vitae of Gary H. Stobbe, M.D. | Dr. Stobbe |
| | | DTX465 | 12/12/2019 | Y | Y | Curriculum Vitae of Ivan Hofmann | Hofmann |
| | | DTX466 | 12/9/2019 | Y | Y | Curriculum Vitae of Dr. John W. Lindsey, M.D. | Dr. Lindsey |
| | | DTX467 | 12/6/2019 | Y | Y | Curriculum Vitae of Dr. V. Wee Yong, Ph.D. | Dr. Yong |
| | | DTX471a | 12/11/2019 | Y | Y | CV of Dr. Wynn | Dr. Wynn |
| | | DTX478 | 12/12/2019 | Y | Y | Curriculum Vitae of John C. Jarosz | Jarosz |
| | | DTX483 | 12/12/2019 | Y | Y | Tecfidera - Orange Book Approved Deug Products website - Patent and Exclusivity | Hofmann |
| | | DTX492a | 12/11/2019 | Y | Y | CV of Dr. Duddy | Dr. Duddy |

| JTX No. | PTX No. | DTX No. | Date Offered | Marked | Admitted | Description of Exhibits | Witness |
|---|---|---|---|---|---|---|---|
| | | DTX495 | 12/11/2019 | Y | Y | Emerging therapies in multiple sclerosis (Martin Duddy) Presentation (Mylan IPR - Biogen Ex. 2124) | Dr. Duddy |
| | | X | 12/6/2019 | | | Expert testimony of Dr. Wee Yong | |
| | | X | 12/9/2019 | | | Expert testimony of Dr. John Lindsey | |
| | | X | 12/9/2019 | | | Video deposition of Dr. Matvey Lukashev | |
| | | X | 12/9/2019 | | | Expert testimony of Dr. Gary Stobbe | |
| | | X | 12/9/2019 | | | Video deposition of William Sibbold | |
| | | X | 12/9/2019 | | | Video deposition of Cara Lansden | |
| | X | | 12/9/2019 | | | Witness testimony of Dr. Katherine Dawson | |
| | X | | 12/11/2019 | | | Expert testimony of Dr. Martin Duddy | |
| | X | | 12/11/2019 | | | Witness testimony of Dr. Gilmore O'Neil | |
| | X | | 12/11/2019 | | | Expert testimony of Dr. Daniel Wynn | |
| | X | | 12/12/2019 | | | Expert testimony of John Jarosz | |
| | | X | 12/12/2019 | | | Expert testimony of Ivan Hofmann | |
| | | X | 12/12/2019 | | | Video deposition of Dr. Carmen Bozic | |