IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BIOGEN INTERNATIONAL GMBH and BIOGEN MA INC., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) ) | C.A. No. 17-823-MN (consolidated) |
| AMNEAL PHARMACEUTICALS LLC, | ) ) ) | |
| Defendant. | ) | |

## **STIPULATED ORDER**

IT IS HEREBY STIPULATED AND AGREED, subject to the approval and order of the Court, that post-trial briefing in the above action shall proceed as follows:

| | |
|---|---|
| Defendants' Opening Brief on Validity (maximum of 30 pages) | January 31, 2020 |
| Defendants' Proposed Findings of Fact on Validity (maximum of 30 pages) | January 31, 2020 |
| Plaintiffs' Opening Brief on Secondary Considerations of Non-Obviousness and Injunctive Relief (maximum of 20 pages) | January 31, 2020 |
| Plaintiffs' Proposed Findings of Fact on Secondary Considerations of Non-Obviousness and Injunctive Relief (maximum of 20 pages) | January 31, 2020 |
| Plaintiffs and Defendants to Submit Copies of All Opening Papers with Hyperlinks to Cases and Evidence | February 7, 2020 |
| Plaintiffs' Answering Brief on Validity (maximum of 30 pages) | February 28, 2020 |
| Plaintiffs' Proposed Findings of Fact on Validity (maximum of 30 pages) | February 28, 2020 |

| | |
|---|---|
| Defendants' Answering Brief on Secondary Considerations of Non-Obviousness and Injunctive Relief (maximum of 20 pages) | February 28, 2020 |
| Defendants' Proposed Findings of Fact on Secondary Considerations of Non-Obviousness and Injunctive Relief (maximum of 20 pages) | February 28, 2020 |
| Plaintiffs and Defendants to Submit Copies of All Answering Papers with Hyperlinks to Cases and Evidence | March 6, 2020 |

ASHBY & GEDDES

/s/ *Steven J. Balick*
_____
Steven J. Balick (#2114)
Andrew C. Mayo (#5207)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888
sbalick@ashbygeddes.com
amayo@ashbygeddes.com

*Attorneys for Plaintiffs*

BAYARD, P.A.

/s/ *Stephen B. Brauerman*
_____
Stephen B. Brauerman (#4952)
600 N. King Street, Suite 400
Wilmington, DE 19801
(302) 655-5000
sbrauerman@bayardlaw.com

*Attorneys for Hetero USA Inc., Hetero Labs Limited Unit-III, and Hetero Labs Limited*

PHILLIPS, GOLDMAN, MCLAUGHLIN & HALL, P.A.

/s/ *John C. Phillips, Jr.*
_____
John C. Phillips, Jr. (#110)
David A. Bilson (#4986)
1200 North Broom Street
Wilmington, DE 19806-4204
(302) 655-4200
jcp@pgmhlaw.com
dab@pgmhlaw.com

*Attorneys for MSN Laboratories Private Ltd. and MSN Pharmaceuticals Inc.*

BAYARD, P.A.

/s/ *Stephen B. Brauerman*
_____
Stephen B. Brauerman (#4952)
600 N. King Street, Suite 400
Wilmington, DE 19801
(302) 655-5000
sbrauerman@bayardlaw.com

*Attorneys for Shilpa Medicare Limited*

| | |
|---|---|
| PHILLIPS, GOLDMAN, MCLAUGHLIN & HALL | PHILLIPS, GOLDMAN, MCLAUGHLIN & HALL |
| */s/ John C. Phillips, Jr.* | */s/ John C. Phillips, Jr.* |
| John C. Phillips, Jr. (#110)<br>David A. Bilson (#4986)<br>1200 North Broom Street<br>Wilmington, DE 19806-4204<br>(302) 655-4200<br>jcp@pgmhlaw.com<br>dab@pgmhlaw.com | John C. Phillips, Jr. (#110)<br>David A. Bilson (#4986)<br>1200 North Broom Street<br>Wilmington, DE 19806-4204<br>(302) 655-4200<br>jcp@pgmhlaw.com<br>dab@pgmhlaw.com |
| *Attorneys for Sandoz Inc. and Prinston Pharmaceutical Inc.* | *Attorneys for Zydus Pharmaceuticals (USA) Inc.* |

SO ORDERED, this _____ day of _____, 2020.

_____
United States District Judge