IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

BIOGEN INTERNATIONAL GMBH          )
and BIOGEN MA INC.,                )
                                   )
            Plaintiffs,            )
                                   )   C.A. No. 17-823-MN (consolidated)
        v.                         )
                                   )
AMNEAL PHARMACEUTICALS LLC,        )
                                   )
            Defendant.             )

## STIPULATED ORDER

IT IS HEREBY STIPULATED AND AGREED, subject to the approval and Order of the

Court, that the deadline for the submission of all opening papers with hyperlinks to cases and

evidence in connection with the parties' post-trial briefing shall be extended to and including

March 6, 2020.  All other post-trial briefing deadlines shall remain the same.

ASHBY & GEDDES

*/s/ Andrew C. Mayo*

_____
Steven J. Balick (#2114)
Andrew C. Mayo (#5207)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888
sbalick@ashbygeddes.com
amayo@ashbygeddes.com

*Attorneys for Plaintiffs*

BAYARD, P.A.

*/s/ Stephen B. Brauerman*

_____
Stephen B. Brauerman (#4952)
600 N. King Street, Suite 400
Wilmington, DE 19801
(302) 655-5000
sbrauerman@bayardlaw.com

*Attorneys for Hetero USA Inc., Hetero Labs
Limited Unit-III, Hetero Labs Limited, and
Shilpa Medicare Limited*

PHILLIPS, GOLDMAN, MCLAUGHLIN
& HALL, P.A.

*/s/ David A. Bilson*

_____
John C. Phillips, Jr. (#110)
David A. Bilson (#4986)
1200 North Broom Street
Wilmington, DE 19806-4204
(302) 655-4200
jcp@pgmhlaw.com
dab@pgmhlaw.com

*Attorneys for MSN Laboratories Private Ltd.,
MSN Pharmaceuticals Inc., Sandoz Inc.,
Prinston Pharmaceutical Inc., and Zydus
Pharmaceuticals (USA) Inc.*

SO ORDERED, this _____ day of _____, 2020.

_____
United States District Judge