IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BIOGEN INTERNATIONAL GMBH and BIOGEN MA INC., | ) ) ) ) ) ) ) ) ) ) ) | C.A. No. 17-823-MN (Lead Case) |
| Plaintiffs, | | |
| v. | | |
| | | C.A. No. 17-851-MN |
| CIPLA LIMITED and CIPLA USA INC., | | |
| Defendants. | | |

## SUBSTITUTION OF COUNSEL

PLEASE WITHDRAW the appearance of James S. Green Jr. (No. 4406), formerly of Landis Rath & Cobb LLP and ENTER the appearances of Daniel B. Rath and Jennifer L. Cree of Landis Rath & Cobb LLP, on behalf of Defendants Cipla Limited and Cipla USA Inc.

Dated:  February 7, 2020

Thomas P. Krzeminski (*pro hac vice*)
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street, 14th Floor
Irvine, CA  92614
Tel: (949) 760-0404
Thomas.Krzeminski@knobbe.com

William R. Zimmerman (*pro hac vice*)
KNOBBE, MARTENS, OLSON & BEAR, LLP
1717 Pennsylvania Avenue N.W., Suite 900
Washington, DC  20006
Tel: (202) 640-6400
Bill.Zimmerman@knobbe.com

Joseph M. Reisman (*pro hac vice*)
Mark Rubinshtein (*pro hac vice*)
Loni M. Morrow (*pro hac vice*)
KNOBBE, MARTENS, OLSON & BEAR, LLP
12790 El Camino Real
San Diego, CA  92130
Tel: (858) 707-4000
Joseph.Reisman@knobbe.com
Mark.Rubinshtein@knobbe.com
Loni.morrow@knobbe.com

LANDIS RATH & COBB LLP

/s/ Daniel B. Rath

Daniel B. Rath (No. 3022)
Jennifer L. Cree (No. 5919)
919 Market Street
Suite 1800
Wilmington, DE  19801
Tel: (302) 467-4420
Fax: (302) 467-4450
rath@lrclaw.com
cree@ lrclaw.com

*Attorneys for Defendants
Cipla Ltd. and Cipla USA Inc.*

{1170.001-W0059867.}