

Kelly E. Farnan
302-651-7705
Farnan@rlf.com

June 23, 2020

**BY CM/ECF**
The Honorable Maryellen Noreika
United States District Court
 for the District of Delaware
844 N. King Street
Wilmington, DE 19801

      Re:    *Biogen International GmbH, et al. v. Amneal Pharmaceuticals LLC, et al.*,
             **C.A. No. 17-823-MN (Consolidated)**

Dear Judge Noreika:

     We write on behalf of Defendants Lupin Atlantis Holdings SA and Lupin Inc. (collectively, "Lupin") in connection with the above-referenced action. Biogen's case against Lupin is currently stayed. D.I. 143. As another stayed party, Cipla, noted in its recent correspondence, D.I. 378, Lupin too believes that there are collateral estoppel issues in view of the recent West Virginia decision. Based on Your Honor's Oral Order issued today as to the Cipla defendants, D.I. 379, Lupin also seeks confirmation that it may participate in the 5-page supplemental briefing to be submitted by defendants on July 1, 2020.

     Lupin thus respectfully requests leave to also participate and join in the 5-page supplemental briefing. We appreciate Your Honor's assistance with this request.

                                            Respectfully,

                                           */s/ Kelly E. Farnan*

KEF/lll                                   Kelly E. Farnan (#4395)

cc: Counsel of Record (via CM/ECF)