

WILMINGTON
RODNEY SQUARE

NEW YORK
ROCKEFELLER CENTER

**Anne Shea Gaza**
P 302.571.6727
F 302.576.3439
agaza@ycst.com

June 24, 2020

**BY E-FILING**

The Honorable Maryellen Noreika
U.S. District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 North King Street
Wilmington, DE 19801

      Re:    *Biogen International GmbH, et al. v. Amneal Pharmaceuticals LLC, et al*,
              C.A. No. 17-823-MN (Consolidated)

Dear Judge Noreika:

    We write on behalf of Defendant Amneal Pharmaceuticals LLC ("Amneal") in connection with the above-referenced action. Plaintiffs' case against Amneal is currently stayed. D.I. 171. As other stayed defendants have noted in recent correspondence (Cipla and Lupin, *see* D.I. 378 and 380), Amneal also believes that there are collateral estoppel issues in view of the recent West Virginia decision. Based on Your Honor's Oral Orders as to the Cipla and Lupin defendants (D.I. 379 and 381, respectively), Amneal also seeks confirmation that it may participate in the 5-page supplemental briefing to be submitted by defendants on July 1, 2020 (D.I. 377).

    Should Your Honor have any questions regarding the foregoing, counsel for Amneal is available at the Court's convenience.

                            Respectfully,

                            */s/ Anne Shea Gaza*

                            Anne Shea Gaza (No. 4093)

cc:    Counsel of Record (by CM/ECF and email)

**Young Conaway Stargatt & Taylor, LLP**
Rodney Square | 1000 North King Street | Wilmington, DE 19801
P 302.571.6600   F 302.571.1253   YoungConaway.com