

1313 North Market Street
P.O. Box 951
Wilmington, DE 19801-0951
302 984 6000
www.potteranderson.com

Bindu A. Palapura
Partner
Attorney at Law
bpalapura@potteranderson.com
302 984-6092 Direct Phone
302 658-1192 Firm Fax

June 25, 2020

**VIA ELECTRONIC FILING**

The Honorable Maryellen Noreika
United States District Court
  for the District of Delaware
844 N. King Street
Wilmington, DE 19801

     Re:    *Biogen International GmbH, et al. v. Amneal Pharmaceuticals LLC*
             C.A. No. 17-823-MN (Cons.)

Dear Judge Noreika:

     We write on behalf of Defendants Alkem Laboratories Ltd. and S&B Pharma, Inc. (collectively, "Alkem") in connection with the above-referenced action. Biogen's case against Alkem is currently stayed. D.I. 213. As other stayed defendants have noted in recent correspondence (Cipla, Lupin and Amneal, *see* D.I. 378, 380 and 382), Alkem also believes that there are collateral estoppel issues in view of the recent West Virginia decision. Based on Your Honor's Oral Orders as to these defendants (D.I. 379, 381 and 383), Alkem also seeks confirmation that it may participate in the 5-page supplemental briefing to be submitted by defendants on July 1, 2020 (D.I. 377).

     Should Your Honor have any questions regarding the foregoing, counsel for Alkem is available at the Court's convenience. We appreciate Your Honor's assistance with this request.

                                      Respectfully,

                                      */s/ Bindu A. Palapura*

                                      Bindu A. Palapura

BAP:nmt/6776504/44330

cc:     Counsel of Record (via electronic mail)