IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BIOGEN INTERNATIONAL GMBH and BIOGEN MA INC., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) C.A. No. 17-823-MN ) (Consolidated) ) |
| AMNEAL PHARMACEUTICALS LLC, et al., | ) ) |
| Defendants. | ) |

## **MOTION AND ORDER FOR ADMISSION *PRO HAC VICE***

Pursuant to Local Rule 83.5 and the attached certification, counsel moves for the admission pro hac vice of William F. Lee of WILMER CUTLER PICKERING HALE AND DORR LLP to represent Plaintiffs Biogen International GmbH and Biogen MA Inc. in this matter. Pursuant to this Court's Standing Order effective September 1, 2016, the fee for the above-named attorney was submitted to the Clerk's Office previously during this calendar year.

                                                    ASHBY & GEDDES

                                                    */s/ Andrew C. Mayo*
                                                    _____
                                                    Steven J. Balick (#2114)
                                                    Andrew C. Mayo (#5207)
                                                    500 Delaware Avenue, 8th Floor
                                                    P.O. Box 1150
                                                    Wilmington, Delaware 19899
                                                    (302) 654-1888
                                                    sbalick@ashbygeddes.com
                                                    amayo@ashbygeddes.com

                                                    *Attorneys for Plaintiffs Biogen International*
                                                    *GmbH and Biogen MA Inc.*

Dated: July 1, 2020

{01581425;v1 }

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BIOGEN INTERNATIONAL GMBH and BIOGEN MA INC., <br><br> Plaintiffs, <br><br> v. <br><br> AMNEAL PHARMACEUTICALS LLC, et al., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) C.A. No. 17-823-MN <br> (Consolidated) |

## ORDER

This \_\_\_\_ day of _____, 2020, the Court having considered the motion for the admission *pro hac vice* of William F. Lee to represent Plaintiffs Biogen International GmbH and Biogen MA Inc. in this action; now therefore,

IT IS HEREBY ORDERED that counsel's motion is granted, and that the foregoing attorney is admitted *pro hac vice*.

_____
United States District Judge

{01581425;v1 }

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the Commonwealth of Massachusetts and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules.  In accordance with Revised Standing Order for District Court Fund effective September 1, 2016, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of this motion.

Dated:  July 1, 2020

William F. Lee
WILMER CUTLER PICKERING
   HALE AND DORR LLP
60 State Street
Boston, MA 02109
(617) 526-6556
william.lee@wilmerhale.com