# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BIOGEN INTERNATIONAL GMBH and BIOGEN MA INC.,<br><br>        Plaintiffs,<br><br>v.<br><br>AMNEAL PHARMACEUTICALS LLC, et al.,<br><br>        Defendant. | )<br>)<br>)<br>)  C.A. No. 17-823-MN<br>)  (Consolidated)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF APPEARANCE OF ARUN J. MOHAN

PLEASE ENTER THE APPEARANCE of Arun J. Mohan (DE Bar ID #6110) of the law firm of Schiff Hardin LLP, 1185 Avenue of the Americas, Suite 3000, New York, New York 10036 as counsel for Defendants Lupin Atlantis Holdings SA and Lupin Inc. in this matter.

| OF COUNSEL: | /s/ Kelly E. Farnan |
|---|---|
| | Kelly E. Farnan (#4395) |
| Imron T. Aly | Valerie A. Caras (#6608) |
| Schiff Hardin LLP | Richards, Layton & Finger, P.A. |
| 233 S. Wacker Dr., Suite 7100 | 920 N. King Street |
| Chicago, IL 60606 | Wilmington, DE 19801 |
| (312) 258-5500 | (302) 651-7700 |
| | farnan@rlf.com |
| Arun J. Mohan | caras@rlf.com |
| Schiff Hardin LLP | |
| 1185 Avenue of the Americas, Suite 3000 | *Attorneys for Defendant Lupin Atlantis* |
| New York, NY 10036 | *Holdings SA* |
| (212) 745-9536 | |

Dated: July 29, 2020