# EXHIBIT A

# Orange Book: Approved Drug Products with Therapeutic Equivalence Evaluations

**SHARE (HTTPS://WWW.FACEBOOK.COM/SHARER/SHARER.PHP?U=HTTPS://WWW.ACCESSDATA.FDA.GOV/SCRIPTS/CDER/OB/RESULTS_PRODUCT.CFM?APPL_TYPE=A&APPL_NO=210531#10)**

**TWEET (HTTPS://TWITTER.COM/INTENT/TWEET/?TEXT=ORANGE BOOK: APPROVED DRUG PRODUCTS WITH THERAPEUTIC EQUIVALENCE EVALUATIONS&URL=HTTPS://WWW.ACCESSDATA.FDA.GOV/SCRIPTS/CDER/OB/RESULTS_PRODUCT.CFM?APPL_TYPE=A&APPL_NO=210531#10)**

**+**

**EMAIL (MAILTO:?SUBJECT=ORANGE BOOK: APPROVED DRUG PRODUCTS WITH THERAPEUTIC EQUIVALENCE EVALUATIONS&BODY=HTTPS://WWW.ACCESSDATA.FDA.GOV/SCRIPTS/CDER/OB/RESULTS_PRODUCT.CFM?APPL_TYPE=A&APPL_NO=210531#10)**

**Home (index.cfm?resetfields=1)** | **Back to Search Results**

## Product Details for ANDA 210531

**Collapse All**

### DIMETHYL FUMARATE (DIMETHYL FUMARATE)
### 120MG
### Marketing Status: Prescription

**Active Ingredient:** DIMETHYL FUMARATE
**Proprietary Name:** DIMETHYL FUMARATE
**Dosage Form; Route of Administration:** CAPSULE, DELAYED RELEASE; ORAL
**Strength:** 120MG
**Reference Listed Drug:** No
**Reference Standard:** No
**TE Code:** AB
**Application Number:** A210531
**Product Number:** 001
**Approval Date:** Aug 17, 2020
**Applicant Holder Full Name:** MYLAN PHARMACEUTICALS INC
**Marketing Status:** Prescription
**Patent and Exclusivity Information (patent_info.cfm?Product_No=001&Appl_No=210531&Appl_type=A)**

### DIMETHYL FUMARATE (DIMETHYL FUMARATE)
### 240MG

Marketing Status: Prescription

**Active Ingredient:** DIMETHYL FUMARATE
**Proprietary Name:** DIMETHYL FUMARATE
**Dosage Form; Route of Administration:** CAPSULE, DELAYED RELEASE; ORAL
**Strength:** 240MG
**Reference Listed Drug:** No
**Reference Standard:** No
**TE Code:** AB
**Application Number:** A210531
**Product Number:** 002
**Approval Date:** Aug 17, 2020
**Applicant Holder Full Name:** MYLAN PHARMACEUTICALS INC
**Marketing Status:** Prescription
**Patent and Exclusivity Information (patent_info.cfm?Product_No=002&Appl_No=210531&Appl_type=A)**