# PHILLIPS, McLAUGHLIN & HALL, P.A.

JOHN C. PHILLIPS, JR.
LISA C. McLAUGHLIN+
JAMES P. HALL
DAVID A. BILSON***
MEGAN C. HANEY
TODD L. GOODMAN
PAUL S. SEWARD***

ALSO MEMBER OF
*PENNSYLVANIA BAR
**NEW JERSEY BAR
+MARYLAND BAR

ATTORNEYS AT LAW
PENNSYLVANIA AVE. AND BROOM ST.
1200 N. BROOM STREET
WILMINGTON, DELAWARE 19806

(302) 655-4200
(302) 655-4210 (F)
pmhdelaw.com

August 19, 2020

**VIA CM/ECF**
The Honorable Maryellen Noreika
United States District Court for the District of Delaware
844 N. King Street
Wilmington, DE 19801

Re:   *Biogen International GmbH et al. v. Amneal Pharmaceuticals LLC, et al.*,
       C.A. No. 17-823-MN (Consolidated)

Dear Judge Noreika:

We write on behalf of Defendants MSN, Sandoz, Prinston, Zydus, Hetero and Shilpa. We write to inform the Court that earlier today Mylan announced the launch of its generic dimethyl fumarate product. We enclose Mylan's press release for Your Honor's consideration.

Given the regulatory stay in place, Defendants are not on equal footing with Mylan and are unable to obtain FDA approval and launch our own generic dimethyl fumarate products until this Court issues a final judgment in Defendants' favor. While mindful of the Court's extremely busy docket, Defendants respectfully request that the Court issue its ruling as soon as possible.

Respectfully submitted,

/s/ *John C. Phillips, Jr.*

John C. Phillips, Jr. (#110)

cc:   All Counsel of Record (via electronic mail)