IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BIOGEN INTERNATIONAL GMBH and BIOGEN MA INC., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) C.A. No. 17-823 (MN) ) |
| AMNEAL PHARMACEUTICALS LLC, et al., | ) ) ) |
| Defendants. | ) ) |

## ORDER

At Wilmington, this 16th day of September 2020:

For the reasons set forth in the Memorandum Opinion issued this date, IT IS HEREBY ORDERED that the judgment from the Northern District of West Virginia that the Asserted Claims of U.S. Patent No. 8,399,514 are invalid for lack of written description applies in this consolidated action under the principles of collateral estoppel. IT IS FURTHER ORDERED that, on or before September 21, 2020, the parties shall submit a proposed form of judgment.

The Honorable Maryellen Noreika
United States District Judge